**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

__Western__   District of   __North Carolina__
                              (State)

Case number (*if known*): _____

Chapter you are filing under:

☐ Chapter 7

☐ Chapter 11

☐ Chapter 12

☒ Chapter 13

☐ Check if this is an amended filing

## Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

06/24

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together-- called a *joint* case--and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
|---|---|

|  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|
| **1. Your full name** <br><br> Write the name that is on your government-issued picture identification (for example, your driver's license or passport). <br><br> Bring your picture identification to your meeting with the trustee. | LaTasha <br> First name <br><br> Mershele <br> Middle name <br><br> Rawls <br> Last name <br><br> Suffix (Sr., Jr., II, III) | First name <br><br> Middle name <br><br> Last name <br><br> Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years** <br><br> Include your married or maiden names and any assumed, trade names and *doing business as* names. <br><br> Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. | First name <br><br> Middle name <br><br> Last name <br><br> First name <br><br> Middle name <br><br> Last name | First name <br><br> Middle name <br><br> Last name <br><br> First name <br><br> Middle name <br><br> Last name |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number** (ITIN) | xxx – xx – 0884 <br><br> OR <br><br> **9**xx – xx – ___ | xxx – xx – ___ <br><br> OR <br><br> **9**xx – xx – ___ |

Debtor 1    LaTasha          Mershele          Rawls          Case number (if known) _____
            First Name       Middle Name       Last Name

| About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|

**4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**

Include trade names and *doing business as* names

| About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|
| [x] I have not used any business names or EINs. | [x] I have not used any business names or EINs. |
| Business name | Business name |
| Business name | Business name |
| ___ - _____ EIN | ___ - _____ EIN |
| ___ - _____ EIN | ___ - _____ EIN |

**5. Where you live**

| | If Debtor 2 lives at a different address: |
|---|---|
| 5045 Shadbush Road | |
| Number    Street | Number    Street |
| Charlotte, NC  28215 | |
| City      State   Zip Code | City      State   Zip Code |
| Mecklenburg | |
| County | County |

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to you at this mailing address.

| Number    Street | Number    Street |
|---|---|
| P.O. Box | P.O. Box |
| City      State   Zip Code | City      State   Zip Code |

**6. Why are you choosing *this district* to file for bankruptcy**

*Check one:*

[x] Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

[ ] I have another reason. Explain. (See 28 U.S.C. § 1408.)

*Check one:*

[x] Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

[ ] I have another reason. Explain. (See 28 U.S.C. § 1408.)

Official Form 101      **Voluntary Petition for Individuals Filing for Bankruptcy**      Page 2

Debtor 1   LaTasha          Mershele          Rawls          Case number (if known) _____
           First Name       Middle Name       Last Name

---

| Part 2: | Tell the Court About Your Bankruptcy Case |
| --- | --- |

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy* (Form 2010)). Also, go to the top of page 1 and check the appropriate box.

☐ Chapter 7

☐ Chapter 11

☐ Chapter 12

☒ Chapter 13

---

**8. How will you pay the fee**

☒ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A)

☐ **I request that my fee be waived.** (You may request this option only if you are filing for

---

**9. Have you filed for bankruptcy within the last 8 years?**

☒ No

☐ Yes

| | District | When | Case number |
| --- | --- | --- | --- |
| | _____ | _____ MM / DD / YYYY | _____ |
| | _____ | _____ MM / DD / YYYY | _____ |
| | _____ | _____ MM / DD / YYYY | _____ |

---

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☒ No

☐ Yes

| Debtor | _____ | | Relationship to you | _____ |
| --- | --- | --- | --- | --- |
| District | _____ | When _____ MM / DD / YYYY | Case number, if known | _____ |
| Debtor | _____ | | Relationship to you | _____ |
| District | _____ | When _____ MM / DD / YYYY | Case number, if known | _____ |

---

**11. Do you rent your residence?**

☒ No   Go to line 12.

☐ Yes  Has your landlord obtained an eviction judgment against you?

   ☐ No    Go to line 12.

   ☐ Yes   Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

---

Official Form 101          **Voluntary Petition for Individuals Filing for Bankruptcy**          Page 3

Debtor 1      LaTasha                    Mershele            Rawls                    Case number (if known) _____
              First Name                 Middle Name         Last Name

| Part 3: | Report About Any Businesses You Own as a Sole Proprietor |

**12. Are you a sole proprietor of any full- or part time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

[x] No    Go to part 4.

[ ] Yes   Name and location of business

_____
Name of business, if any

_____
Number            Street

_____

_____
City                                    State    Zip Code

*Check the appropriate box to describe your business:*

[ ] Health Care Business (as defined in U.S.C. § 101(27A))

[ ] Single Asset Real Estate (as defined in U.S.C. § 101(51B))

[ ] Stockbroker (as defined in U.S.C. § 101(53A))

[ ] Commodity Broker (as defined in U.S.C. § 101(6))

[ ] None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor* or a debtor as defined by 11 U.S.C. 1182(1) ?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D)

*If you are filing under Chapter 11, the court must know whether you are a small business debtor or a debtor choosing to proceed under Subchapter V so that it can set the appropriate deadlines.* If you indicate that you are a small business debtor or you are choosing to proceed under Subchapter V, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in U.S.C. § 1116(1)(B).

[x] No     I am not filing under Chapter 11.

[ ] No     I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

[ ] Yes.   I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

[ ] Yes.   I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

| Part 4: | Report If You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention |

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?

[x] No

[ ] Yes    What is the hazard?  _____

_____

If immediate attention is needed, why is it needed?  _____

_____

Where is the property?  _____
                        Number        Street

_____
City                                    State    Zip Code

Debtor 1  LaTasha        Mershele        Rawls        Case number (if known) _____
First Name      Middle Name      Last Name

| Part 5: | Explain Your Efforts to Receive a Briefing About Credit Counseling |
|---|---|

| About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again

*You must check one:*

[x] **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

[ ] **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

[ ] **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with you reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

[ ] **I am not required to receive a briefing about credit counseling because of:**

[ ] **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

[ ] **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

[ ] **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

---

*You must check one:*

[ ] **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

[ ] **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

[ ] **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with you reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

[ ] **I am not required to receive a briefing about credit counseling because of:**

[ ] **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

[ ] **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

[ ] **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1    <u>LaTasha</u>      <u>Mershele</u>      <u>Rawls</u>      Case number (if known) <u>          </u>
First Name           Middle Name           Last Name

| Part 6: | Answer These Questions for Reporting Purposes |
|---|---|

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

- [x] No. Go to line 16b.
- [ ] Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

- [ ] No. Go to line 16c.
- [x] Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts.

_____

**17. Are you filing under Chapter 7?**

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

- [x] No. I am not filing under Chapter 7. Go to line 18.
- [ ] Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?
  - [ ] No
  - [ ] Yes

**18. How many creditors do you estimate that you owe?**

- [x] 1 - 49
- [ ] 50 - 99
- [ ] 100 - 199
- [ ] 200 - 999
- [ ] 1,000 - 5,000
- [ ] 5,001 - 10,000
- [ ] 10,001 - 25,000
- [ ] 25,001 - 50,000
- [ ] 50,001 - 100,000
- [ ] More than 100,000

**19. How much do you estimate your assets to be worth?**

- [ ] $0 - $50,000
- [ ] $50,001 - $100,000
- [x] $100,001 - $500,000
- [ ] $500,001 - $1,000,000
- [ ] $1,000,001 - $10 million
- [ ] $10,000,001 - $50 million
- [ ] $50,000,001 - $100 million
- [ ] $100,000,001 - $500 million
- [ ] $500,000,001 - $1 billion
- [ ] $1,000,000,001 - $10 billion
- [ ] $10,000,000,001 - $50 billion
- [ ] More than $50 billion

**20. How much do you estimate your liabilities to be?**

- [ ] $0 - $50,000
- [ ] $50,001 - $100,000
- [ ] $100,001 - $500,000
- [x] $500,001 - $1,000,000
- [ ] $1,000,001 - $10 million
- [ ] $10,000,001 - $50 million
- [ ] $50,000,001 - $100 million
- [ ] $100,000,001 - $500 million
- [ ] $500,000,001 - $1 billion
- [ ] $1,000,000,001 - $10 billion
- [ ] $10,000,000,001 - $50 billion
- [ ] More than $50 billion

| Part 7: | Sign Below |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11, 12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

X <u>/s/ Latasha Rawls</u>           X _____
     Signature of Debtor 1              Signature of Debtor 2

Executed on <u>3/5/2026</u>        Executed on _____
       MM / DD / YYYY                  MM / DD / YYYY

Debtor 1    LaTasha              Mershele            Rawls                    Case number (if known) _____
            First Name           Middle Name         Last Name

| **For your attorney, if you are represented by one** | I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible.  I also certify that I have delivered to the debtor(s) the notice required by U.S.C. § 342(b) and, in a case which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect. |
|---|---|
| **If you are not represented by an attorney, you do not need to file this page** | |

X    /s/ BLWhite                                      Date    3/5/2026
     Signature of Attorney for Debtor                         MM / DD / YYYY

     Barbara L. White
     Printed name

     Barbara L. White, Attorney at Law
     Firm name

     1101 South Blvd
     Number          Street

     Ste. 201

     Charlotte, NC  28203
     City                                    State          Zip Code

Contact phone   704-375-9411          Email address   barbara@barbaralwhite.com

     10105, NC
     Bar number                              State

Official Form 101                **Voluntary Petition for Individuals Filing for Bankruptcy**                Page 7

**Fill in this information to identify your case:**

Debtor 1    LaTasha          Mershele        Rawls
            First Name       Middle Name     Last Name

Debtor 2
(Spouse, if filing)  First Name   Middle Name   Last Name

United States Bankruptcy Court for the:    Western    District of    North Carolina
                                                                     (State)

Case number
            (if known)

☐ Check if this is an amended filing

## Official Form 106A/B

# Schedule A/B: Property

**12/15**

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:    Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

**1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No  Go to Part 2.
☒ Yes.  Where is the property?

1.1  5045 Shadbush Road
     Street address, if available, or other description

     Charlotte, NC  28215
     City          State    Zip Code

     Mecklenburg
     County

**What is the property?**  Check all that apply.
☒ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has a interest in the property?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Do not deduct secured claims or exemptions.  Put the amounts of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

**Current value of the entire property?**  $ 369,200.00 *

**Current value of the portion you own?**  $ 133,868.00

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**
Fee Simple  * Tax value used

☐ **Check of this is community property** (see instructions)

**Other information you wish to add about this item, such as local property identification number:**  11121745

If you own or have more than one, list here:

1.2  _____
     Street address, if available, or other description

     _____
     City          State    Zip Code

     _____
     County

**What is the property?**  Check all that apply.
☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has a interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Do not deduct secured claims or exemptions.  Put the amounts of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

**Current value of the entire property?**  $ _____

**Current value of the portion you own?**  $ _____

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

☐ **Check if this is community property** (see instructions)

**Other information you wish to add about this item, such as local property identification number:** _____

Debtor 1    LaTasha           Mershele         Rawls                    Case number (if known) _____
           First Name        Middle Name      Last Name

---

**1.3** _____
Street address, if available, or other description

_____

_____

City          State    Zip Code

_____
County

**What is the property?** Check all that apply.

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has a interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:** _____

Do not deduct secured claims or exemptions. Put the amounts of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**  $_____

**Current value of the portion you own?**  $_____

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

☐ **Check of this is community property**
(see instructions)

---

**2.** Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here .......................................................................... ->   $ 133,868.00

---

**Part 2:    Describe Your Vehicles**

**Do you own, lease, or have equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

**3. Cars, vans, trucks, sport utility vehicles, motorcycles**

☐ No
☒ Yes

**3.1** Make:    Honda

Model:    Accord

Year:    2019

Approximate mileage:    54,000

Other information:

1HGCV1F43KA!93751

**Who has an interest in the property?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amounts of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**   $ 19,350.00

**Current value of the portion you own?**   $ 0.00

If you own or have more than one, list here:

**3.2** Make: _____

Model: _____

Year: _____

Approximate mileage: _____

Other information:

_____

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amounts of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**   $_____

**Current value of the portion you own?**   $_____

---

Official Form 106A/B              **Schedule A/B: Property**                           Page 2

Debtor 1  LaTasha        Mershele        Rawls        Case number (if known) _____
          First Name     Middle Name     Last Name

---

3.3 Make: _____

Model: _____

Year: _____

Approximate mileage: _____

Other information:

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amounts of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

**Current value of the entire property?**   **Current value of the portion you own?**

$_____   $_____

---

3.4 Make: _____

Model: _____

Year: _____

Approximate mileage: _____

Other information:

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amounts of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

**Current value of the entire property?**   **Current value of the portion you own?**

$_____   $_____

---

**4. Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, and accessories**

*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☐ No
☐ Yes

4.1 Make: _____

Model: _____

Year: _____

Other information:

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amounts of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

**Current value of the entire property?**   **Current value of the portion you own?**

$_____   $_____

If you own or have more than one, list here:

4.2 Make: _____

Model: _____

Year: _____

Other information:

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amounts of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

**Current value of the entire property?**   **Current value of the portion you own?**

$_____   $_____

---

**5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here** .......................................................................................... -> $ 0.00

---

Debtor 1    LaTasha          Mershele          Rawls                          Case number (if known) _____
            First Name       Middle Name       Last Name

---

| Part 3: | Describe Your Personal and Household Items |

**Do you own or have any legal or equitable interest in any of the following items?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**6. Household goods and furnishings**

*Examples:* Major appliances, furniture, linens, china, kitchenware

☐ No

☒ Yes. Describe.......... | Living room, Bedroom, Lawn Furniture; Kitchen appliances, china | $ 4,900.00

**7. Electronics**

*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

☐ No

☒ Yes. Describe.......... | TVs., home computer | $ 1,300.00

**8. Collectibles of value**

*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

☒ No

☐ Yes. Describe.......... | | $ _____

**9. Equipment for sports and hobbies**

*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

☒ No

☐ Yes. Describe.......... | | $ _____

**10. Firearms**

*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

☒ No

☐ Yes. Describe.......... | | $ _____

**11. Clothes**

*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

☐ No

☒ Yes. Describe.......... | Everyday clothing, work clothes, outerwear, shoes, accessories | $ 800.00

**12. Jewelry**

*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

☐ No

☒ Yes. Describe.......... | Wedding rings | $ 2,500.00

**13. Non-farm animals**

*Examples:* Dogs, cats, birds, horses

☐ No

☐ Yes. Describe.......... | | $ _____

**14. Any other personal and household items you did not already list, including any health aids you did not list**

☐ No

☐ Yes. Describe.......... | | $ _____

**15. Add the dollar value of the portion you own for all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** .......................................... -> | $ 9,800.00

---

Debtor 1    LaTasha          Mershele          Rawls          Case number (if known) _____
          First Name         Middle Name        Last Name

---

**Part 4:**     **Describe Your Financial Assets**

**Do you own or have any legal or equitable interest in any of the following?**    **Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**16. Cash**

*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☐ No

☒ Yes......................................................................................................................    Cash: ....................    $  1,400.00

**17. Deposits of money**

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions.  If you have multiple accounts with the same institution, list each.

☐ No

☒ Yes....................         Institution name:

| | | |
|---|---|---|
| 17.1 Checking account: | State Employee's Credit Union xxx6831 | $  4.48 |
| 17.2 Checking account: | Truliant Credit Union xxx3425 | $  200.08 |
| 17.3 Savings account: | State Employee's Credit Unin xxx7974 | $  25.10 |
| 17.4 Savings account: | Truliant Credit Union xxx3425 | $  75 |
| 17.5 Certificates of deposit: | | $ |
| 17.6 Other financial account: | Cash App | $  0.00 |
| 17.7 Other financial account: | Apple Cash | $  0.00 |
| 17.8 Other financial account: | | $ |
| 17.9 Other financial account: | | $ |

**18. Bonds, mutual funds, or publicly traded stocks**

*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☒ No

☐ Yes.....................     Institution or issuer name:

_____    $ _____

_____    $ _____

_____    $ _____

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☐ No

☒ Yes. Give specific information about them....................     Name of entity:          % of ownership:

Rawls and Associates LLC    *Petitioner owns all businesses    100  %    $  0.00  *See exhibit

811 North Carolina LLC    No market value; 811 owns some    100  %    $  0.00  attached

Rawls NC LLC    equipment but also owes debts    100  %    $  0.00

and has lawsuits pending; zeroing out value

---

Debtor 1    LaTasha            Mershele        Rawls                              Case number (if known) _____
            First Name          Middle Name      Last Name

**20.  Government and corporate bonds and other negotiable and non-negotiable instruments**

*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them

[x]  No

[ ]  Yes....................    Issuer name:

$_____

$_____

$_____

**21.  Retirement or pension accounts**

*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

[x]  No

[ ]  Yes.  List each
account separately      Type of account          Institution name:

401(k) or similar plan:                                      $_____

Pension plan:                                                $_____

IRA:                                                         $_____

Retirement account                                          $_____

Keogh:                                                       $_____

Additional account:                                         $_____

Additional account:                                         $_____

**22.  Security deposits and prepayments**

Your share of all unused deposits you have made so that you may continue service or use from a company

*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications
companies, or others

[x]  No

[ ]  Yes....................              Institution name or individual:

Electric:                                                    $_____

Gas:                                                         $_____

Heating oil:                                                 $_____

Security deposit on rental unit:                             $_____

Prepaid rent:                                                $_____

Telephone:                                                   $_____

Water:                                                       $_____

Rented furniture:                                            $_____

Other:                                                       $_____

**23.  Annuities** (a contract for a periodic payment of money to you, either for life or for a number of years)

[x]  No

[ ]  Yes....................    Issuer name and description:

$_____

$_____

$_____

Official Form 106A/B                     **Schedule A/B: Property**                               Page 6

Debtor 1    LaTasha        Mershele        Rawls                    Case number (if known) _____
            First Name     Middle Name     Last Name

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program**

26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1)

[x] No

[ ] Yes..................... Institution name and description.  Separately file the records of any interests.  11 U.S.C. § 521(c)

_____  $ _____

_____  $ _____

_____  $ _____

**25.  Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

[x] No

[ ] Yes.  Give specific information about them...   [                    ]   $ _____

**26.  Patents, copyrights, trademarks, trade secrets, and other intellectual property**

*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

[x] No

[ ] Yes.  Give specific information about them...   [                    ]   $ _____

**27.  Licenses, franchises, and other general intangibles**

*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

[x] No

[ ] Yes.  Give specific information about them...   [                    ]   $ _____

| **Money or property owed to you?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

**28.  Tax refunds owed to you**

[x] No

[ ] Yes.  Give specific information about them, including whether you already filed the returns and the tax years..................

Federal:  $ _____

State:    $ _____

Local:    $ _____

**29.  Family support**

*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

[x] No

[ ] Yes.  Give specific information.............................

Alimony:             $ _____

Maintenance:         $ _____

Support:             $ _____

Divorce settlement:  $ _____

Property settlement: $ _____

**30.  Other amounts someone owes you**

*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

[x] No

[ ] Yes.  Give specific information...........................   [                    ]   $ _____

Official Form 106A/B                     **Schedule A/B: Property**                           Page 7

Debtor 1    LaTasha                Mershele              Rawls                        Case number (if known) _____
            First Name             Middle Name           Last Name

**31.   Interests in insurance policies**

*Examples:* Health, disability, or life insurance; health savings account (HSA), credit, homeowner's or renter's insurance

[x] No

[ ] Yes.  Name the insurance company       Company name:                    Beneficiary              Surrender or refund value
        of each policy and list its value..

                                            _____    _____    $ _____

                                            _____    _____    $ _____

                                            _____    _____    $ _____

**32.   Any interest in property that is due you from someone who has died**

If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died

[x] No

[ ] Yes.  Give specific
        information................... [                          ]   $ _____

**33.   Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

[x] No

[ ] Yes.  Describe each
        claim........................... [                          ]   $ _____

**34.   Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights
      to set off claims**

[x] No

[ ] Yes.  Give specific
        information.................... [                          ]   $ _____

**35.   Any financial assets you did not already list**

[x] No

[ ] Yes.  Give specific
        information.................... [                          ]   $ _____

**36.   Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached
      for Part 4.  Write that number here**  .................................................................................................................... ->   $ 1,704.66

---

**Part 5:**    Describe Any Business-Related Property You Own or Have an Interest In.  List any real estate in Part 1.

**37.   Do you own or have any legal or equitable interest in any business-related property?**

[ ] No.  Go to Part 6.

[x] Yes.  Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**38.   Accounts receivable or commissions you already earned**

[x] No

[ ] Yes.  Describe.......... [                          ]   $ _____

**39.   Office equipment, furnishings, and supplies**

*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

[ ] No

[x] Yes.  Describe.......... Computer, printer         $ 475.00

Debtor 1    LaTasha        Mershele        Rawls                    Case number (if known) _____
            First Name      Middle Name      Last Name

**40. Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

[x] No

[ ] Yes. Describe..........   [_____]   $_____

**41. Inventory**

[x] No

[ ] Yes. Describe..........   [_____]   $_____

**42. Interest in partnerships or joint ventures**

[x] No

[ ] Yes. Describe......   Name of entity                        % of ownership:

                          *** See Plan special terms; Partnership terminated by Dispute   _____ %   $_____

                          _____   _____ %   $_____

                                                             _____ %   $_____

**43. Customer lists, mailing lists, or other compilations**

[ ] No

[ ] Yes.  **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))**?**

        [ ] No

        [ ] Yes.  Describe..........   [_____]   $_____

**44. Any business-related property you did not already list**

[ ] No

[ ] Yes.  Give specific    Issuer name and description:
information...........

          _____   $_____

          _____   $_____

          _____   $_____

          _____   $_____

          _____   $_____

          _____   $_____

**45.  Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached
for Part 5.  Write that number here**  ............................................................................................................. ->   $ 475.00

| Part 6: | **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.** |
|---|---|
| | If you own or have an interest in farmland, list it in Part 1. |

**46.  Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

[x] No.  Go to Part 7.

[ ] Yes.  Go to line 47.

                                                          **Current value of the
                                                          portion you own?**
                                                          Do not deduct secured
                                                          claims or exemptions.

**47. Farm animals**

*Examples:* Livestock, poultry, farm-raised fish

[ ] No

[ ] Yes.......................   [_____]   $_____

Official Form 106A/B                **Schedule A/B: Property**                         Page 9

Debtor 1    LaTasha      Mershele      Rawls      Case number (if known) _____
          First Name         Middle Name        Last Name

**48. Crops--either growing or harvested**

☐ No
☐ Yes.  Give specific
     information.....................  $ _____

**49. Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☐ No
☐ Yes................................  $ _____

**50. Farm and fishing supplies, chemicals, and feed**

☐ No
☐ Yes................................  $ _____

**51. Any farm- and commercial fishing-related property you did not already list**

☐ No
☐ Yes.  Give specific
     information.....................  $ _____

**52. Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6.  Write that number here** ........................................................................................... ->  $ 0.00

---

### Part 7:    Describe All Property You Own or Have an Interest In That You Did Not List Above

**53. Do you have other property of any kind you did not already list?**

*Examples:* Season tickets, country club membership

☒ No  $ _____

☐ Yes.  Give specific
     information..............  $ _____
                                         $ _____

**54. Add the dollar value of all of your entries from Part 7.  Write that number here** .................................. ->  $ _____

---

### Part 8:    List the Totals of Each Part of this Form

**55. Part 1:  Total real estate, line 2**....................................................................................................... ->  $ 133,868.00

**56. Part 2:  Total vehicles, line 5**                       $ 0.00

**57. Part 3:  Total personal and household items, line 15**    $ 9,800.00

**58. Part 4:  Total financial assets, line 36**           $ 1,704.66

**59. Part 5:  Total business-related property, line 45**      $ 475.00

**60. Part 6:  Total farm- and fishing-related property, line 52**    $ 0.00

**61. Part 7:  Total other property not listed, line 54**     **+**   $ 0.00

**62. Total personal property.** Add lines 56 through 61..........   $ 11,979.66     Copy personal property total **-->**  **+**  $ 11,979.66

**63. Total of all property on Schedule A/B.** Add line 55 + line 62.....................................................................  $ 145,847.66

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | LaTasha | Mershele | Rawls |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: Western    District of North Carolina
(State)

Case number
(if known)

☐ Check if this is an amended filing

Official Form 106C

# Schedule C: The Property You Claim as Exempt                    04/25

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

## Part 1:    Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only*, even if your spouse is filing with you.

   [x] You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(2)

2. **For any property you list on Schedule A/B that you claim as exempt, fill in the information below.**

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>Check only one box for each exemption. | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: Residence<br>Line from *Schedule A/B*: 1.1 | $ 133,868.00 | [x] $ 35,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | NCGS § 1601(a)(1) |
| Brief description: 2019 Honda Accord<br>Line from *Schedule A/B*: 3.1 | $ 0.00 | [x] $ 0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Non exempt |
| Brief description: Household goods<br>Line from *Schedule A/B*: 6 | $ 4,900.00 | [x] $ 4,900.00<br>☐ 100% of fair market value, up to any applicable statutory limit | NCGS § 1601(a)(4) |

3. **Are you claiming a homestead exemption of more than $214,000?**

   (Subject to adjustment on 4/01/25  and every 3 years after that for cases filed on or after the date of adjustment.)

   [x] No

   ☐ Yes.  Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

       ☐ No

       ☐ Yes

Debtor 1    LaTasha      Mershele      Rawls          Case number (if known) _____
         First Name        Middle Name        Last Name

**Part 2:**     **Additional Page**

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>Check only one box for each exemption. | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: Electronics<br>Line from *Schedule A/B*: 7 | $ 1,300.00 | [x] $ 1,300.00<br>[ ] 100% of fair market value, up to any applicable statutory limit | NCGS § 1601(a)(4) |
| Brief description: Wardrobe<br>Line from *Schedule A/B*: 11 | $ 800.00 | [x] $ 800.00<br>[ ] 100% of fair market value, up to any applicable statutory limit | NCGS § 1601(a)(4) |
| Brief description: Jewelry<br>Line from *Schedule A/B*: 12 | $ 2,500.00 | [x] $ 2,500.00<br>[ ] 100% of fair market value, up to any applicable statutory limit | NCGS § 1601(a)(4) |
| Brief description: Business equipment<br>Line from *Schedule A/B*: 31 | $ 475.00 | [x] $ 475.00<br>[ ] 100% of fair market value, up to any applicable statutory limit | NCGS § 1601(a)(5) |
| Brief description: Rawls & Associaties LLC*<br>Line from *Schedule A/B*: 19 | $ 0.00 | [x] $ 0.00<br>[ ] 100% of fair market value, up to any applicable statutory limit | All<br>*Business entities #19 non exempt, no value |
| Brief description: State EE's Credit Un. ck<br>Line from *Schedule A/B*: 17.1 | $ 4.48 | [x] $ 4.48<br>[ ] 100% of fair market value, up to any applicable statutory limit | NCGS § 1-362 |
| Brief description: State EE's Credit Un. sav<br>Line from *Schedule A/B*: 17.3 | $ 25.10 | [x] $ 25.10<br>[ ] 100% of fair market value, up to any applicable statutory limit | NCGS § 1-362 |
| Brief description: Truliant ck.<br>Line from *Schedule A/B*: 17.2 | $ 200.08 | [x] $ 200.08<br>[ ] 100% of fair market value, up to any applicable statutory limit | NCGS § 1-362 |
| Brief description: Truliant sav.<br>Line from *Schedule A/B*: 17.4 | $ 75.00 | [x] $ 75.00<br>[ ] 100% of fair market value, up to any applicable statutory limit | NCGS § 1-362 |
| Brief description: Cash App<br>Line from *Schedule A/B*: 17.6 | $ 0.00 | [x] $ 0.00<br>[ ] 100% of fair market value, up to any applicable statutory limit | NCGS § 1-362 |
| Brief description: Apple Cash<br>Line from *Schedule A/B*: 17.7 | $ 0.00 | [x] $ 0.00<br>[ ] 100% of fair market value, up to any applicable statutory limit | NCGS § 1-362 |

**Fill in this information to identify your case:**

Debtor 1    LaTasha          Mershele         Rawls
            First Name       Middle Name      Last Name

Debtor 2
(Spouse, if filing)   First Name    Middle Name    Last Name

United States Bankruptcy Court for the:    Western    District of    North Carolina
                                                                     (State)

Case number
            (if known)

☐ Check if this is an amended filing

## Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property    **12/15**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).**

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form

☒ Yes. Fill in all of the information below.

| Part 1: | List All Secured Claims |

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A **Amount of claim** Do not deduct the value of collateral | Column B **Value of collateral that supports this claim** | Column C **Unsecured portion** If any |
|---|---|---|---|

**2.1** Loan Depot Mortgage
Creditor's Name

6561 Irvine Center Dr.
Number    Street

Irvine, CA  92618
City          State  Zip Code

**Describe the property that secures the claim:**

Mortgage; Shadbush

Column A: $ 235,332.00
Column B: $ 369,200.00
Column C: $ ____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☒ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) ____

**Date debt was incurred** 10/2020    **Last 4 digits of account number** 7  5  9  8

**2.2** Mercedes Finance
Creditor's Name

PO Box 961
Number    Street

Roanoke, TX  76262
City          State  Zip Code

**Describe the property that secures the claim:**

Leased automobile ; paid through business

Column A: $ 51,497.00
Column B: $ 0.00
Column C: $ ____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☒ Other (including a right to offset)    Leased vehicle

**Date debt was incurred** ____    **Last 4 digits of account number** 4  0  0  1

**Add the dollar value of your entries in column A on this page. Write that number here:**    $ 286,829.00

Official Form 106D          **Schedule D: Creditors Who Have Claims Secured by Property**          Page 1 of __3__

Debtor 1  LaTasha          Mershele         Rawls          Case number (if known) _____
          First Name       Middle Name      Last Name

| Part 1: | **Additional Page**<br>After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral | *Column B*<br>**Value of collateral that supports this claim** | *Column C*<br>**Unsecured portion** If any |
|---|---|---|---|---|

**2.3** One Main Financial

Creditor's Name

9020 Albemarle Rd., Ste. I
Number       Street

_____

Charlotte, NC  28227
City           State   Zip Code

**Describe the property that secures the claim:**

2019 Honda Accord

| | |
|---|---|
| $ 31,775.28 | $ 19,350.00 | $ 12,425.00 |

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

[x] Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

[x] An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Date debt was incurred** 2/21/2024   **Last 4 digits of account number** 2 0 5 4

---

**2.4**

Creditor's Name

_____
Number       Street

_____

_____
City           State   Zip Code

**Describe the property that secures the claim:**

$ _____  $ _____  $ _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Date debt was incurred** _____   **Last 4 digits of account number** ___ ___ ___ ___

---

**2.5**

Creditor's Name

_____
Number       Street

_____

_____
City           State   Zip Code

**Describe the property that secures the claim:**

$ _____  $ _____  $ _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Date debt was incurred** _____   **Last 4 digits of account number** ___ ___ ___ ___

---

| | |
|---|---|
| **Add the dollar value of your entries in column A on this page. Write that number here:** | $ 31,775.28 |
| **If this is the last page of your form, add the dollar value totals from all pages. Write that number here:** | $ 318,604.28 |

Official Form 106D      Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**      Page  2  of  3

Debtor 1 LaTasha Mershele Rawls
First Name Middle Name Last Name
Case number (if known) _____

| Part 2: | List Others to Be Notified for a Debt That You Already Listed |

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

☐

Name

Number Street

City State Zip Code

**On which line in Part 1 did you enter the creditor?** _____

**Last 4 digits of account number** ___ ___ ___ ___

☐

Name

Number Street

City State Zip Code

**On which line in Part 1 did you enter the creditor?** _____

**Last 4 digits of account number** ___ ___ ___ ___

☐

Name

Number Street

City State Zip Code

**On which line in Part 1 did you enter the creditor?** _____

**Last 4 digits of account number** ___ ___ ___ ___

☐

Name

Number Street

City State Zip Code

**On which line in Part 1 did you enter the creditor?** _____

**Last 4 digits of account number** ___ ___ ___ ___

☐

Name

Number Street

City State Zip Code

**On which line in Part 1 did you enter the creditor?** _____

**Last 4 digits of account number** ___ ___ ___ ___

☐

Name

Number Street

City State Zip Code

**On which line in Part 1 did you enter the creditor?** _____

**Last 4 digits of account number** ___ ___ ___ ___

Official Form 106D       Part 2 of **Schedule D: Creditors Who Have Claims Secured by Property**       Page __3__ of __3__

**Fill in this information to identify your case:**

Debtor 1    LaTasha          Mershele          Rawls
            First Name       Middle Name       Last Name

Debtor 2
(Spouse, if filing)   First Name       Middle Name       Last Name

United States Bankruptcy Court for the:   Western    District of    North Carolina
                                                                    (State)

Case number
              (if known)

☐ Check if this is an
  amended filing

Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Have Claims Secured by Property*. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).**

**Part 1:    List All of Your Priority Unsecured Claims**

**1. Do any creditors have priority unsecured claims against you?**
    ☐ No.  Go to Part 2.
    ☒ Yes.

**2. List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

(for an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

|  | | | **Total claim** | **Priority amount** | **Nonpriority amount** |
|---|---|---|---|---|---|

**2.1**  North Carolina Department of Rev.
Priority Creditor's Name

| **Last 4 digits of account number** | _ _ _ _ | $ 10,792.00 | $ 10,792.00 | $ |

PO Box 1168
Number    Street

**When was the debt incurred?**   2022

**As of the date you file, the claim is:** Check all that apply.
    ☐ Contingent
    ☐ Unliquidated

Raleigh, NC  27602
City          State   Zip Code
    ☐ Disputed

**Who incurred the debt?** Check one.
    ☐ Debtor 1 only
    ☐ Debtor 2 only
    ☐ Debtor 1 and Debtor 2
    ☐ At least one of the debtors and another

**Type of PRIORITY unsecured claim:**
    ☐ Domestic support obligations
    ☒ Taxes and certain other debts you owe the government
    ☐ Claims for death or personal injury while you were intoxicated
    ☐ Other. Specify _____

    ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
    ☐ No
    ☐ Yes

**2.2**  _____
Priority Creditor's Name

| **Last 4 digits of account number** | _ _ _ _ | $ | $ | $ |

_____
Number    Street

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
    ☐ Contingent
    ☐ Unliquidated

_____
City          State   Zip Code
    ☐ Disputed

**Who incurred the debt?** Check one.
    ☐ Debtor 1 only
    ☐ Debtor 2 only
    ☐ Debtor 1 and Debtor 2
    ☐ At least one of the debtors and another

**Type of PRIORITY unsecured claim:**
    ☐ Domestic support obligations
    ☐ Taxes and certain other debts you owe the government
    ☐ Claims for death or personal injury while you were intoxicated
    ☐ Other. Specify _____

    ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
    ☐ No
    ☐ Yes

Official Form 106E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**          Page 1 of  13

Debtor 1   LaTasha    Mershele    Rawls    Case number (if known) _____
          First Name   Middle Name   Last Name

## Part 2:   List All of Your NONPRIORITY Unsecured Claims

**3. Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☒ Yes

**4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims, fill out the Continuation Page of Part 2.

(for an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim |
|---|---|---|

**4.1** Shelly Ann Beckles
Nonpriority Creditor's Name

**Last 4 digits of account number** __ __ __ __    $ 59,000.00

2011 Maple View Lane
Number      Street

**When was the debt incurred?** 2024-2025

Indian Trail, NC  28079
City                State    Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims.
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Partnership Business Agreement

---

**4.2** BMW Financial Service
Nonpriority Creditor's Name

**Last 4 digits of account number** 9 7 1 7    $ 28,261.00

1400 Cityview Dr.
Number      Street

**When was the debt incurred?** 2022

Columbus, OH  43215
City                State    Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims.
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Charge off

---

**4.3** Credit One
Nonpriority Creditor's Name

**Last 4 digits of account number** 4 6 4 4    $ 691.00

PO Box 98873
Number      Street

**When was the debt incurred?** 2025

Las Vegas, NV  89193
City                State    Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims.
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Credit card

---

Debtor 1    LaTasha          Mershele          Rawls                    Case number (if known) _____
            First Name       Middle Name       Last Name

| Part 2: | Your NONPRIORITY Unsecured Claims -- Continuation |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5 and so forth | Total claim |
|---|---|

**4.4** Duke Energy
Nonpriority Creditor's Name

526 South Church St.
Number     Street

Charlotte, NC  28202
City            State    Zip Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2
- [ ] At least one of the debtors and another

- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number   0  2  2  9   $ 1,012.01

**When was the debt incurred?**    2025

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims.
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify    Utility bill; business location

**4.5** EXP Realty
Nonpriority Creditor's Name

10130 Perimeter Parkway
Number     Street

Charlotte, NC  28216
City            State    Zip Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2
- [ ] At least one of the debtors and another

- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number   __ __ __ __   $ 4,321.00

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims.
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify    Security depost

**4.6** Fingerhut
Nonpriority Creditor's Name

6250 Ridgewood Rd.
Number     Street

St. Cloud, MN  56303
City            State    Zip Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2
- [ ] At least one of the debtors and another

- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number   1  2  1  1   $ 1,282.00

**When was the debt incurred?**    2024

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims.
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify    Account

Official Form 106E/F        Schedule E/F: Creditors Who Have Unsecured Claims        Page   3   of   13

Debtor 1   __LaTasha_____   __Mershele_____   __Rawls_____          Case number (if known) _____
          First Name            Middle Name            Last Name

| Part 2: | Your NONPRIORITY Unsecured Claims -- Continuation |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5 and so forth | Total claim |
|---|---|

**4.7** Fortiva Retail Credit
Nonpriority Creditor's Name
PO box 105555
Number      Street


Atlanta, GA  30348
City                State    Zip Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2
- [ ] At least one of the debtors and another

- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   6   9   1   6   $ 2,412.22

**When was the debt incurred?**      2020

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims.
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify   Credit card

---

**4.8** Indigo
Nonpriority Creditor's Name
PO Box 4499
Number      Street


Beaverton, OR  97076
City                State    Zip Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2
- [ ] At least one of the debtors and another

- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   1   1   7   6   $ 1,336.45

**When was the debt incurred?**      2025

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims.
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify   Credit cad

---

**4.9** Lake City Tractor Supply, LLC
Nonpriority Creditor's Name
9825 Sandy Rock Place 5c
Number      Street


Charlotte, NC  28277
City                State    Zip Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2
- [ ] At least one of the debtors and another

- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   __  __  __  __   $ 47,956.7

**When was the debt incurred?**      2025

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims.
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify   Business lease Default

Debtor 1   LaTasha          Mershele          Rawls                    Case number (if known) _____
           First Name        Middle Name       Last Name

| Part 2: | Your NONPRIORITY Unsecured Claims -- Continuation |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5 and so forth | Total claim |
|---|---|

**4.10** Lendmark

Nonpriority Creditor's Name

2118 Usher St.

Number     Street

Covington, GA  30014

City          State   Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** 9  8  0  4    $ 5,663.00

**When was the debt incurred?** 2024

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims.
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify    Loann

---

**4.11** Mariner Finance

Nonpriority Creditor's Name

8110 Corporate Dr.

Number     Street

Nottingham, MC  21236

City          State   Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** 0  6  1  9    $ 1,432.00

**When was the debt incurred?** 2025

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims.
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify    Loan

---

**4.12** McCarthy Burgess & Wolff

Nonpriority Creditor's Name

26000 Cannon Rd.

Number     Street

Cleveland, OH  44146

City          State   Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** __ __ __ __    $ 3,000.00

**When was the debt incurred?** 2025

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims.
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify    Sky Slope Inc.

---

Official Form 106E/F         **Schedule E/F: Creditors Who Have Unsecured Claims**         Page __5__ of __13__

Debtor 1    LaTasha        Mershele       Rawls                    Case number (if known) _____
            First Name     Middle Name    Last Name

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation** |

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5 and so forth | Total claim |

**413** Merrick Bank
Nonpriority Creditor's Name

PO Box 9201
Number        Street

10705 S. Jordan Gateway, Ste. 20

Old Bethpage, NY  11804
City                State    Zip Code

**Last 4 digits of account number**    0  1  2  1    $ 559.00

**When was the debt incurred?**    2025

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims.
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify    Credit card

---

**414** Payload
Nonpriority Creditor's Name

825 K Street, 2d Floor
Number        Street

Sacramento, CA  95814
City                State    Zip Code

**Last 4 digits of account number**    __ __ __ __    $ 10,970.00

**When was the debt incurred?**    2025

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims.
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify    Business debt

---

**415** Rechat
Nonpriority Creditor's Name

1920 McKinney Ave.
Number        Street

Dallas, TX  75201
City                State    Zip Code

**Last 4 digits of account number**    __ __ __ __    $ 9,420.00

**When was the debt incurred?**    2025

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims.
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify    _____

---

Debtor 1    _LaTasha_____ _Mershele_____ _Rawls_____    Case number (if known) _____
           First Name                Middle Name            Last Name

| Part 2: | Your NONPRIORITY Unsecured Claims -- Continuation |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5 and so forth | Total claim |
|---|---|

**416** Regional Finance
Nonpriority Creditor's Name

979 Batesville Rd., Ste. B
Number       Street


Greer, SC  29651
City            State    Zip Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2
- [ ] At least one of the debtors and another

- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** __ __ __ __    $ 9,204.84

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims.
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify     Loan

---

**417** Smart Biz/Bitty Advance
Nonpriority Creditor's Name

301 N. Main Street, Ste. 1200
Number       Street
Kearns Brinen & Monaghan

Greenville, SC  29601
City            State    Zip Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** __ __ __ __    $ 5,422.98

**When was the debt incurred?**     2025

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims.
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify     Business

---

**418** Sunrise Credit Svs.
Nonpriority Creditor's Name

8 Corporate Center Dr. Ste. 300
Number       Street


Melville, NU  11747
City            State    Zip Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2
- [ ] At least one of the debtors and another

- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** 4 1 0 4    $ 517.00

**When was the debt incurred?**     2025

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims.
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify     Business

---

Debtor 1   LaTasha          Mershele          Rawls                    Case number (if known) _____
           First Name       Middle Name       Last Name

| Part 2: | Your NONPRIORITY Unsecured Claims -- Continuation |

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5 and so forth | Total claim |

**419** Trident Business Process Oursourcing
Nonpriority Creditor's Name

14205 N. Mo Pac Expy, Ste. 570
Number      Street

PMB 487379

Austin, TX  78728-6529
City              State   Zip Code

**Last 4 digits of account number** __ __ __ __   $ 10,257.34

**When was the debt incurred?**   2025

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2
- [ ] At least one of the debtors and another

- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims.
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify   Business

**420** Truliant
Nonpriority Creditor's Name

PO Box 26000
Number      Street

Winston-Salem, NC  27114
City              State   Zip Code

**Last 4 digits of account number** 7  8  3  6   $ 6,303.00

**When was the debt incurred?**   2024

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2
- [ ] At least one of the debtors and another

- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims.
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify   _____

**421** U.S. Department of Education
Nonpriority Creditor's Name

121 S. 13th St.
Number      Street

Lincoln, NE  68508
City              State   Zip Code

**Last 4 digits of account number** 6  7  8  7   $ 13,126.00

**When was the debt incurred?**   2008-2010

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2
- [ ] At least one of the debtors and another

- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

**Type of NONPRIORITY unsecured claim:**
- [x] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims.
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [ ] Other. Specify   _____

Debtor 1    LaTasha          Mershele          Rawls                    Case number (if known) _____
            First Name       Middle Name       Last Name

| Part 2: | Your NONPRIORITY Unsecured Claims -- Continuation |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5 and so forth | Total claim |
|---|---|

**422** Vader Mountain Funding Merchant Adv.
Nonpriority Creditor's Name

Recovery Solutions Group LLC
Number       Street

1008 Mattlind Way

Milford, DE  19963
City                    State    Zip Code

**Last 4 digits of account number**    7   2   1   6    $ 12,118.60

**When was the debt incurred?**    2025

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☒☒ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims.
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify    Business

**423** ECommissions
Nonpriority Creditor's Name

PO Box 2209
Number       Street

Addison, TX  75001
City                    State    Zip Code

**Last 4 digits of account number**    2   1   9   2    $ 22,259.63

**When was the debt incurred?**    2024

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☒ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims.
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify    _____

**424** Sezzle/Zipco. US
Nonpriority Creditor's Name

700 Nicolet Mall, Suite 640
Number       Street

Minneapolis, MN  55402
City                    State    Zip Code

**Last 4 digits of account number**    __ __ __ __    $ 343.12

**When was the debt incurred?**    2024

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☒ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims.
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify    Trade bill

Debtor 1    LaTasha         Mershele        Rawls                    Case number (if known) _____
           First Name       Middle Name      Last Name

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation** |

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5 and so forth | Total claim |
|---|---|

**425** Klarna, Inc.
Nonpriority Creditor's Name

800 N. High St. , Ste. 300
Number      Street


Columbus, OH  43215
City               State    Zip Code

**Last 4 digits of account number**    R  V  2  2   $ 170.36

**When was the debt incurred?**    **2024**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2
- [ ] At least one of the debtors and another

- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims.
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify    Retail

**426** Sunbit
Nonpriority Creditor's Name

PO Box 841238
Number      Street


Los Angeles, CA  90084
City               State    Zip Code

**Last 4 digits of account number**    7  6  3  0   $ 196.83

**When was the debt incurred?**    **2024**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2
- [ ] At least one of the debtors and another

- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims.
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify    Lease charges

**427** Inventrust Property Management, Inc.
Nonpriority Creditor's Name

3025 Highland Parkway, Suite 350
Number      Street

Attn:  Richard Springer for Rea Farms

Downers Grove, IL  60515
City               State    Zip Code

**Last 4 digits of account number**    __ __ __ __   $ 0.00

**When was the debt incurred?**    **2025**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2
- [ ] At least one of the debtors and another

- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims.
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify    Vacated lease; Notice

Debtor 1   LaTasha            Mershele            Rawls                                Case number (if known) _____
           First Name         Middle Name         Last Name

| Part 2: | Your NONPRIORITY Unsecured Claims -- Continuation |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5 and so forth | Total claim |
|---|---|

**428** Small Business Administration
Nonpriority Creditor's Name

Office of General Counsel
Number      Street

409 3d St. SW

Washington, DC  20416
City                State     Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**   8  0  0  9   $ 252,000.00

**When was the debt incurred?**   2022

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims.
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Covid 19 Economic Injury loan

---

**429**
Nonpriority Creditor's Name

Number      Street

City                State     Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**   __ __ __ __   $ _____

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims.
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify   _____

---

**430**
Nonpriority Creditor's Name

Number      Street

City                State     Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**   __ __ __ __   $ _____

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims.
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify   _____

Debtor 1     LaTasha          Mershele          Rawls                    Case number (if known) _____
             First Name       Middle Name       Last Name

| Part 3: | List Others to Be Notified About a Debt That You Already Listed |

5.  **Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.**

Krug Investments
Name

131 ProvidenceRd., Suite 105
Number     Street

Charlotte, NC  28207
City                          State     Zip Code

**On which line in Part 1 did you enter the creditor?**

Line   4.6   of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims

☒ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   ___ ___ ___ ___

---

Mr. Henry Pharr
Name

1300 Baxer Street, Suite 300
Number     Street

Charlotte, NC  28204
City                          State     Zip Code

**On which line in Part 1 did you enter the creditor?**

Line   4.6   of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims

☒ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   ___ ___ ___ ___

---

Mr. Christopher M. Duggan, Esq.
Name

PO Box 481
Number     Street

Monroe, NC  28111
City                          State     Zip Code

**On which line in Part 1 did you enter the creditor?**

Line   4.1   of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims

☒ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   ___ ___ ___ ___

---

Name

Number     Street

City                          State     Zip Code

**On which line in Part 1 did you enter the creditor?**

Line ____ of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims

☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   ___ ___ ___ ___

---

Name

Number     Street

City                          State     Zip Code

**On which line in Part 1 did you enter the creditor?**

Line ____ of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims

☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   ___ ___ ___ ___

---

Name

Number     Street

City                          State     Zip Code

**On which line in Part 1 did you enter the creditor?**

Line ____ of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims

☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   ___ ___ ___ ___

---

Name

Number     Street

City                          State     Zip Code

**On which line in Part 1 did you enter the creditor?**

Line ____ of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims

☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   ___ ___ ___ ___

---

Official Form 106E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**          Page   12   of   13

Debtor 1    LaTasha                Mershele                Rawls                Case number (if known) _____

First Name          Middle Name          Last Name

---

### Part 4:  Add the Amounts for Each Type of Unsecured Claim

6. **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159.**
   **Add the amounts for each type of unsecured claim.**

|  | | Total claim |
|---|---|---|

**Total claims from Part 1**

| | | | |
|---|---|---|---|
| 6a. Domestic support obligations | 6a. | $ | 0.00 |
| 6b. Taxes and certain other debts you owe the government | 6b. | $ | 10,792.00 |
| 6c. Claims for death or personal injury while you were intoxicated | 6c. | $ | 0.00 |
| 6d. Other. Add all other priority unsecured claims. Write that amount here. | 6d. | + $ | 0.00 |
| 6e. Total. Add lines 6a through 6d. | 6e. | $ | 10,792.00 |

|  | | Total claim |
|---|---|---|

**Total claims from Part 2**

| | | | |
|---|---|---|---|
| 6f. Student loans | 6f. | $ | 13,126.00 |
| 6g. Obligations arising out of a separation agreement or divorce that you did not report as priority claims | 6g. | $ | 0.00 |
| 6h. Debts to pension or profit-sharing plans, and other similar debts | 6h. | $ | 0.00 |
| 6i. Other. Add all other nonpriority unsecured claims. Write that amount here. | 6i. | + $ | 495,747.25 |
| 6j. Total. Add lines 6f through 6i. | 6j. | $ | 508,873.25 |

---

Official Form 106E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**          Page ___13___ of ___13___

**Fill in this information to identify your case:**

Debtor 1        LaTasha            Mershele          Rawls
                First Name         Middle Name       Last Name

Debtor 2
(Spouse, if filing)   First Name    Middle Name      Last Name

United States Bankruptcy Court for the:   Western     District of   North Carolina
                                                                    (State)

Case number
                (if known)

☐ Check if this is an
   amended filing

Official Form 106G

# Schedule G: Executory Contracts and Unexpired Leases

**12/15**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).**

1. **Do you have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.

   ☐ Yes. Fill in all the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B)

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|
| **2.1** Lake City Tractor Supply LLC<br>Name<br><br>9825 Sandy Rock Place 5c<br>Number          Street<br><br>Charlotte, NC  28277<br>City              State      Zip Code | Guarantor for lease of business space for Pilates studio; Fit11 Partnership 3/25/25---60 months. |
| **2.2** Inventrust Property Management, Inc.<br>Name<br><br>3025 Highland Parkway, Suite 350<br>Number          Street<br><br>Downers Grove, IL  60515<br>City              State      Zip Code | Guarantor for lease of businesspace for real estate firm; space has been vacated. |
| **2.3** Mercedes Benz Financial Services<br>Name<br>PO Box 961<br>Number          Street<br><br>Roakoke , TX  76262<br>City              State      Zip Code | Lease of Mercedes vehicle ; 3/20/2024---48 months. |
| **2.4** <br>Name<br><br>Number          Street<br><br>City              State      Zip Code | |
| **2.5** <br>Name<br><br>Number          Street<br><br>City              State      Zip Code | |

Official Form 106G          **Schedule G: Executory Contracts and Unexpired Leases**          Page 1 of 2

Debtor 1   LaTasha   Mershele   Rawls   Case number (if known) _____
First Name   Middle Name   Last Name

## Additional Pages if You Have More Contracts or Leases

| Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|

**2.6**

Name

Number   Street

City   State   Zip Code

**2.7**

Name

Number   Street

City   State   Zip Code

**2.8**

Name

Number   Street

City   State   Zip Code

**2.9**

Name

Number   Street

City   State   Zip Code

**2.10**

Name

Number   Street

City   State   Zip Code

**2.11**

Name

Number   Street

City   State   Zip Code

**2.12**

Name

Number   Street

City   State   Zip Code

**2.13**

Name

Number   Street

City   State   Zip Code

**Fill in this information to identify your case:**

Debtor 1      LaTasha          Mershele          Rawls
              First Name       Middle Name       Last Name

Debtor 2
(Spouse, if filing)  First Name   Middle Name    Last Name

United States Bankruptcy Court for the:   Western   District of   North Carolina
                                                                  (State)

Case number
              (if known)

☐ Check if this is an amended filing

Official Form 106H

# Schedule H: Your Codebtors

**12/15**

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1. **Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.

   ☐ No
   ☒ Yes

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

   ☒ No. Go to line 3.
   ☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

      ☐ No
      ☐ Yes. In which community state or territory did you live?        Fill in the name and current address of that person.

      Name of your spouse, former spouse, or legal equivalent

      Number        Street

      City                          State        Zip Code

3. **In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on** *Schedule D* **(Official Form 106D),** *Schedule E/F* **(Official Form 106E/F), or** *Schedule G* **(Official Form 106G). Use** *Schedule D, Schedule E/F,* **or** *Schedule G* **to fill out Column 2.**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| **3.1** 811 North Carolina, LLC    (Lake City Tractor)<br>Name<br>c/o 5045 Shadbush Rd.<br>Number      Street<br>Charlotte, NC  28215<br>City          State  Zip Code | ☐ Schedule D, line _____<br>☒ Schedule E/F, line  4.6<br>☐ Schedule G, line _____ |
| **3.2** Tasha Rawls, LLC<br>Name<br>c/o 5045 Shadbush Rd.<br>Number      Street<br>Charlotte, NC  28215 (Mercedes)<br>City          State  Zip Code | ☒ Schedule D, line  2.2<br>☐ Schedule E/F, line _____<br>☐ Schedule G, line _____ |
| **3.3** Rawls North Carolina LLC  (RF Retail LLC)<br>Name<br>c/o 5045 Shadbush Rd.<br>Number      Street<br>Charlotte, NC  28215 (RF Retail)<br>City          State  Zip Code | ☐ Schedule D, line _____<br>☒ Schedule E/F, line  422<br>☐ Schedule G, line _____ |

Debtor 1   LaTasha   Mershele   Rawls   Case number (if known) _____
           First Name   Middle Name   Last Name

█████   **Additional Pages to List More Codebtors**

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** |
|---|---|---|
| | | Check all schedules that apply: |

**3.4**
Name _____
Number   Street _____
City _____ State ___ Zip Code _____

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.5**
Name _____
Number   Street _____
City _____ State ___ Zip Code _____

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.6**
Name _____
Number   Street _____
City _____ State ___ Zip Code _____

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.7**
Name _____
Number   Street _____
City _____ State ___ Zip Code _____

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.8**
Name _____
Number   Street _____
City _____ State ___ Zip Code _____

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.9**
Name _____
Number   Street _____
City _____ State ___ Zip Code _____

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.10**
Name _____
Number   Street _____
City _____ State ___ Zip Code _____

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.11**
Name _____
Number   Street _____
City _____ State ___ Zip Code _____

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.12**
Name _____
Number   Street _____
City _____ State ___ Zip Code _____

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**Fill in this information to identify your case:**

Debtor 1    LaTasha          Mershele          Rawls
            First Name       Middle Name       Last Name

Debtor 2
(Spouse, if filing)   First Name   Middle Name   Last Name

United States Bankruptcy Court for the:    Western    District of    North Carolina
                                                                     (State)

Case number
            (if known)

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD / YYYY

Official Form 106I

# Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Describe Employment |
|---|---|

**1. Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if that applies.

|  | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| **Employment status** | ☒ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
| **Occupation** | Real Estate Agent | Event Promoter/Real Estate Agent |
| **Employer's name** | Self/Rawls Real Estate | Self |
|  | 5045 Shadbush Road<br>Number     Street | 5045 Shadbush Road<br>Number     Street |
|  | Charlotte, NC  28215<br>City          State     Zip Code | Charlotte, NC  28215<br>City          State     Zip Code |
| **How long employed there?** | Since 2019 | Since 2000 |

| Part 2: | Give Details About Monthly Income |
|---|---|

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

|  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|
| **2. List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. $_____ | $_____ |
| **3. Estimate and list monthly overtime pay.** | 3. + $_____ | $_____ |
| **4. Calculate gross income. Add line 2 + line 3** | 4. $_____ | $_____ |

Official Form 106I                        **Schedule I: Your Income**                        Page 1

| Debtor 1 | LaTasha | Mershele | Rawls | Case number (if known) |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| | | | **For Debtor 1** | **For Debtor 2 or non-filing spouse** |
|---|---|---|---|---|
| | Copy line 4 here.................................................................................-> | 4. | $ | $ |
| 5. | **List all payroll deductions:** | | | |
| | 5a. Tax, Medicare, and Social Security deductions | 5a. | $ | $ |
| | 5b. Mandatory contributions for retirement plans | 5b. | $ | $ |
| | 5c. Voluntary contributions for retirement plans | 5c. | $ | $ |
| | 5d. Required repayments of retirement fund loans | 5d. | $ | $ |
| | 5e. Insurance | 5e. | $ | $ |
| | 5f. Domestic support obligations | 5f. | $ | $ |
| | 5g. Union dues | 5g. | $ | $ |
| | 5h. Other deductions. Specify: | 5h. **+** $ | | $ |
| 6. | **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $ | $ |
| 7. | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ | $ |
| 8. | **List all other income regularly received:** | | | |
| | 8a. **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 5,103.83 | $ 4,537.25 |
| | 8b. **Interest and dividends** | 8b. | $ | $ |
| | 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ | $ |
| | 8d. **Unemployment compensation** | 8d. | $ | $ |
| | 8e. **Social Security** | 8e. | $ | $ |
| | 8f. **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: | 8f. | $ | $ |
| | 8g. **Pension or retirement income** | 8g. | $ | $ |
| | 8h. **Other monthly income.** Specify: | 8h. **+** $ | | $ |
| 9. | **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | $ 5,103.83 | $ 4,537.25 |

10. **Calculate monthly income.** Add line 7 + line 9.   10.   $ 5,103.83  +  $ 4,537.25  =  $ 9,641.08

11. **State all other regular contributions to the expenses that you list in *Schedule J*.**

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J.

Specify:                                                                                    11. **+** $

12. **Add the amount in the last column of line 10 to the amount in line 11. The result is the combined monthly income.**

Write that amount on the Summary of Your Assets and Liabilities and Certain Statistical Information, if it applies.   12.   $ 9,641.08

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**

☐ No.

☒ Yes. Explain:   See plan Special Terms concerning  self employment income.

**Fill in this information to identify your case:**

Debtor 1          LaTasha          Mershele          Rawls
                  First Name       Middle Name       Last Name

Debtor 2
(Spouse, if filing)   First Name    Middle Name      Last Name

United States Bankruptcy Court for the:   Western    District of   North Carolina
                                                                   (State)

Case number
                  (if known)

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD / YYYY

## Official Form 106J

# Schedule J: Your Expenses                               12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

| Part 1: | Describe Your Household |
|---|---|

**1. Is this a joint case?**

[x] No. Go to line 2.

☐ Yes. **Does Debtor 2 live in a separate household?**

☐ No

☐ Yes. Debtor 2 must file Official Form 106J-2, Expenses for Separate Household of Debtor 2.

**2. Do you have dependents?**

Do not list Debtor 1 and Debtor 2

Do not state the dependents' names.

☐ No

[x] Yes. Fill out this information for each dependent.........................

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| Son | 16 | ☐ No  [x] Yes |
| Daughter | 6 | ☐ No  [x] Yes |
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |

**3. Do your expenses include expenses of people other than yourself and your dependents?**

[x] No

☐ Yes

| Part 2: | Estimate Your Ongoing Monthly Expenses |
|---|---|

**Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed.  If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.**

**Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106i.)**

| | **Your expenses** |
|---|---|

**4. The rental or home ownership expenses for your residence.**  Include first mortgage payments and any rent for the ground or lot.

4.  $ _____

**If not included in line 4:**

4a.  Real estate taxes                                    4a.  $ _____

4b.  Property, homeowner's, or renter's insurance         4b.  $ _____

4c.  Home maintenance, repair, and upkeep expenses        4c.  $  300.00

4d.  Homeowner's association or condominium dues           4d.  $ _____

Official Form 106J                    **Schedule J: Your Expenses**                    Page 1

Debtor 1    LaTasha      Mershele      Rawls      Case number (if known) _____

     First Name        Middle Name        Last Name

|  | | **Your expenses** |
|---|---|---|
| 5. **Additional mortgage payments for your residence,** such as home equity loans | 5. | $ |
| 6. **Utilities:** | | |
| 6a. Electricity, heat, natural gas | 6a. | $ 161.00 |
| 6b. Water, sewer, garbage collection | 6b. | $ 55.00 |
| 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. | $ 320.00 |
| 6d. Other. Specify: _____ | 6d. | $ |
| 7. **Food and housekeeping supplies** | 7. | $ 1,500.00 |
| 8. **Childcare and children's education costs** | 8. | $ |
| 9. **Clothing, laundry, and dry cleaning** | 9. | $ 831.00 |
| 10. **Personal care products and services** | 10. | $ 300.00 |
| 11. **Medical and dental expenses** | 11. | $ |
| 12. **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | $ 800.00 |
| 13. **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | $ 345.00 |
| 14. **Charitable contributions and religious donations** | 14. | $ 200.00 |
| 15. **Insurance.** Include first mortgage payments. Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| 15a. Life insurance | 15a. | $ |
| 15b. Health insurance | 15b. | $ |
| 15c. Vehicle insurance | 15c. | $ 333.00 |
| 15d. Other insurance. Specify: _____ | 15d. | $ |
| 16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____ | 16. | $ |
| 17. **Installments or lease payments:** | | |
| 17a. Car payments for Vehicle 1 | 17a. | $ |
| 17b. Car payments for Vehicle 2 | 17b. | $ |
| 17c. Other. Specify: _____ | 17c. | $ |
| 17d. Other. Specify: _____ | 17d. | $ |
| 18. **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5,** *Schedule I, Your Income* **(Official Form 106I)** | 18. | $ |
| 19. **Other payments you make to support others who do not live with you.** Specify: _____ | 19. | $ |
| 20. **Other real property expenses not included in lines 4 or 5 of this form or on** *Schedule I: Your Income.* | | |
| 20a. Mortgages on other property | 20a. | $ |
| 20b. Real estate taxes | 20b. | $ |
| 20c. Property, homeowner's or renter's insurance | 20c. | $ |
| 20d. Maintenance, repair, and upkeep expenses | 20d. | $ |
| 20e. Homeowner's association or condominium dues | 20e. | $ |

Debtor 1    LaTasha            Mershele          Rawls            Case number (if known) _____
            First Name         Middle Name       Last Name

**21. Other.** Specify:    Education; Husband's expenses          21. **+** $  333.33 + 1,419.75

**22. Calculate your monthly expenses.**

22a. Add lines 4 through 21                                      22a. $  6,898.09

22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2    22b. $ _____

22c. Add line 22a and 22b.  The result is your monthly expenses.    22c. $  6,898.08

**23. Calculate your monthly net income.**

23a. Copy line 12 (*your combined monthly income*) from *Schedule I*.    23a. $  9,641.08

23b. Copy your monthly expenses from line 22c above.            23b. **-** $  6,898.08

23c. Subtract your monthly expenses from your monthly income.
     The result is your *monthly net income*.                   23c. $  2,743.00

**24. Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage
payment to increase or decrease because of a modification to the terms of your mortgage?

[x] No.

[ ] Yes.

> Explain here:

**Fill in this information to identify your case:**

Debtor 1          LaTasha          Mershele          Rawls
                  First Name        Middle Name       Last Name

Debtor 2
(Spouse, if filing)   First Name    Middle Name       Last Name

United States Bankruptcy Court for the:    Western    District of    North Carolina
                                                                      (State)

Case number
                  (if known)

☐ Check if this is an amended filing

## Official Form 106Sum

# Summary of your Assets and Liabilities and Certain Statistical Information      **12/15**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.**

### Part 1:      Summarize Your Assets

|  | **Your assets** Value of what you own |
|---|---|
| 1. *Schedule A/B: Property* (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from *Schedule A/B*...................................................... | $ 133,868.00 |
| 1b. Copy line 62, Total personal property, from *Schedule A/B*........................................... | $ 11,979.66 |
| 1c. Copy line 63, Total of all property on *Schedule A/B*.................................................... | $ 145,847.66 |

### Part 2:      Summarize Your Liabilities

|  | **Your liabilities** Amount you owe |
|---|---|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| 2a. Copy the total you listed in Column A, Amount of claim, at the bottom of the last page of Part 1 of *Schedule D*..... | $ 318,604.28 |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*.................................. | $ 10,792.00 |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*.............................. | $ 508,873.25 |
| **Your total liabilities** | $ 838,269.53 |

### Part 3:      Summarize Your Income and Expenses

|  |  |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I) | |
| Copy your combined monthly income from line 12 of *Schedule I*....................................................... | $ 9,641.08 |
| 5. *Schedule J: Your Expenses* (Official Form 106J) | |
| Copy your monthly expenses from line 22c of *Schedule J*................................................... | $ 6,898.08 |

Debtor 1      LaTasha              Mershele           Rawls                    Case number (if known) _____
              First Name          Middle Name         Last Name

| Part 4: | Answer These Questions for Administrative and Statistical Records |
|---|---|

**6.  Are you filing for bankruptcy under Chapters 7, 11, or 13**

☐  No.  You have nothing else to report on this part of the form. Check this box and submit this form to the court with your other schedules.

☒  Yes

**7.  What kind of debts do you have?**

☒  **Your debts are primarily consumer debts.**  Consumer debts art those "incurred by an individual primarily for a personal, family, or household purpose."  11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

☐  **Your debts are not primarily consumer debts.**  You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

**8.  From the Statement of Your Current Monthly Income:** Copy your total current monthly income from Official Form 122A-1 Line 11, OR, Form 122B Line 11; OR, Form 122C-1 Line 14.

$  8,688.58

**9.  Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F***

|  | Total claim |
|---|---|
| **From Part 4 on Schedule E/F, copy the following:** |  |
| 9a. Domestic support obligations (Copy line 6a.) | $  0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $  10,792.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $  0.00 |
| 9d. Student loans. (Copy line 6f.) | $  13,126.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g) | $  0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h) | +  $  0.00 |
| 9g.  **Total.** Add lines 9a through 9f. | $  23,918.00 |

Official Form 106Sum        **Summary of Your Assets and Liabilities and Certain Statistical Information**        Page 2 of 2

**Fill in this information to identify your case:**

Debtor 1     LaTasha                 Mershele               Rawls
             First Name              Middle Name            Last Name

Debtor 2
(Spouse, if filing)   First Name    Middle Name            Last Name

United States Bankruptcy Court for the:     Western      District of    North Carolina
                                                                          (State)

Case number
                (if known)

☐ Check if this is an amended filing

## Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

**12/15**

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

**Sign Below**

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☒ No

☐ Yes.    Name of person _____    Attach Bankruptcy Petition Preparer's Notice, Declaration, and Signature (Official Form 119).

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X _/s/ LaTasha Rawls_                              X _____
  Signature of Debtor 1                              Signature of Debtor 2

Date    3/5/2026                                    Date _____
        MM / DD / YYYY                                   MM / DD / YYYY

Official Form 106Dec            **Declaration About an Individual Debtor's Schedules**

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court

Western _____ District of _____ North Carolina, Charlotte Division _____

**In re**

**Debtor** LaTasha Mershele Rawls _____

**Case No.** _____

**Chapter** _____ 13 _____

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept................................................................... $5,000.00

   Prior to the filing of this statement I have received..................................................... $1,000.00

   Balance Due................................................................................................................. $4,000.00

2. The source of the compensation paid to me was:

   [X] Debtor        [ ] Other (specify): _____

3. The source of compensation to be paid to me is:

   [X] Debtor        [ ] Other (specify): _____

4. [X] I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   [ ] I have agreed to share the above-disclosed compensation with an other person or persons who are not members or associates of my law firm.

   A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

   d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

   e. [Other provisions as needed]

6.   By agreement with the debtor(s), the above disclosed fee does not include the following services:

<div style="border: 1px solid black; padding: 10px;">

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

3/5/2026
Date

/s/ BLWhite
Signature of Attorney

Barbara L. White, Attorney at Law
Name of Law Firm

</div>

**Local Form 3**
**September 2021**

Debtor(s) __LaTasha Mershele Rawls _____

### DISCLOSURE TO DEBTOR OF ATTORNEY'S FEES PROCEDURE
### FOR CHAPTER 13 CASES IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF NORTH CAROLINA

After consultation with the undersigned attorney, you have decided to file a petition for relief under Chapter 13 of the United States Bankruptcy Code. Accordingly, you are hereby given notice that pursuant to the Local Rules of the Bankruptcy Court, the base fee for a Chapter 13 case is established at $5,000. Payment of all or part of this fee may be included in your payments to the Chapter 13 trustee. The attorney's services included in the base fee are those normally contemplated in a Chapter 13 case. They are as follows:

(a)     Providing the pre-filing notices required by the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005;

(b)     Preparation and filing the required Official Bankruptcy Forms (the petition, schedules, statements, and other documents); supplemental local forms, including the Chapter 13 plan and any amended Chapter 13 plan(s); and the matrix of creditors;

(c)     Circulating a copy of the Chapter 13 plan and any plan amendments to all creditors and interested parties as reflected in the case matrix;

(d)     Drafting and mailing letters to you regarding your attendance at the § 341 meeting of creditors, escrow of first money, and your other responsibilities;

(e)     Preparing for and attending the § 341 meeting of creditors;

(f)     Reviewing the confirmation order and reviewing the status of the case periodically;

(g)     Reviewing the Chapter 13 trustee's motion for determination of status of claims;

(h)     Maintaining custody and control of all case files with original documents for such periods as required by law or local rule;

(i)     Serving orders related to your motions and objections on all affected parties;

(j)     Verifying your identity and Social Security number and furnishing your identification card, tax returns, and payment advices to the Chapter 13 trustee, if required;

(k)     Defending objections to confirmation of your Chapter 13 plan; and

(l)     Preparing and filing Local Form 8 ("Chapter 13 Debtor's Motion for Entry of Discharge") or Local Form 8HD ("Chapter 13 Debtor's Certifications in Support of Motion for Hardship Discharge").

The base fee shall also include the following services to the extent they are requested or reasonably necessary for your effective representation:

(a)     Preparing and filing proofs of claim on your behalf for payment to a creditor;

(b)     Objecting to scheduled and unscheduled proofs of claim;

(c)     Assuming and rejecting unexpired leases and executory contracts;

(d)     Preparing for and attending valuation hearings;

(e)     Defending motions to transfer venue;

(f)     Conferring with you regarding obtaining post-petition credit when no request to the court or the Chapter 13 trustee is ultimately made;

(g)     Avoiding liens pursuant to 11 U.S.C. § 522(f);

(h)     Calculating plan payment modifications when no motion is ultimately filed;

(i)     Responding to creditor contacts regarding plan terms, valuation of collateral, claim amounts, etc.;

(j)     Responding to your communications regarding job losses, changes in financial circumstances, and address changes and advising the court and the Chapter 13 trustee of the same when appropriate;

(k)     Communicating with you, to a reasonable degree, regarding mortgage payment defaults, lease defaults, insurance coverage or the lack thereof, warranties, possible credit disability, life insurance coverage, etc.;

(l)     Upon request of the Chapter 13 trustee, obtaining and providing copies of documents relating to lien perfection issues, such as recorded deeds of trust, purchase money security agreements, etc.;

(m)     Drafting and mailing letters to creditors upon entry of discharge regarding lien releases, turnover of clear title certificates, cancellation of deeds of trust and judgments, etc.;

(n)     Drafting and mailing certified letters to creditors regarding matters related to alleged violations of the automatic stay;

(o)     Drafting and mailing letters regarding voluntary turnover of property;

(p)     Reviewing documents in relation to the use or sale of collateral when no application is ultimately filed;

(q)     Providing you with a list of answers to frequently asked questions and other routine communications from you during the pendency of the case; and

(r)        Requesting plan payoffs from the Chapter 13 trustee.

In some Chapter 13 cases, legal services that are beyond those normally contemplated must be performed.  These legal services are not covered by the base fee.  These "non-base" services include the following:

(a)  Abandonment of property post-confirmation;

(b)  Motions for moratorium;

(c)  Motions for authority to sell property;

(d)  Motions to modify plan;

(e)  Motions to use cash collateral or to incur debt;

(f)  Defense of motions for relief from stay and/or co-debtor stay;

(g)  Defense of motions to dismiss filed after confirmation of your plan;

(h)  Stay violation litigation, including amounts paid as fees by the creditor or other parties;

(i)  Discharge injunction actions;

(j)  Adversary proceedings;

(k)  Motions to turnover property;

(l)  Conversions to Chapter 7;

(m)  Motions to substitute collateral;

(n)  Submission of a Request for Credit Authorization form to the Chapter 13 trustee; and

(o)  Any other matter not covered by the base fee.

For such non-base services you will be charged either on the basis of the attorney's time expended at the rate of $ 300.00 per hour plus the amount of expenses incurred (such as court fees, travel, photocopying, postage, etc.) or pursuant to the schedule of presumptive non-base fees below.  These non-base fees are chargeable only after approval by the court.  Except as set forth below, before any such fees are charged you will receive a copy of my motion filed in the court requesting approval of any non-base fees as well as a notice explaining your opportunity to object if you do not agree with the fee.  Any fees awarded for non-base services will be paid to the undersigned attorney from your payments to the Chapter 13 trustee in the same manner as payment of the base fees. **It is possible that non-base fees approved by the court may cause your payment to the Chapter 13 trustee to be increased or the term of your Chapter 13 plan to be extended**.  Whether or not a payment increase or an extension will be necessary depends on the facts of your case.  If a payment increase is necessary because of a court-approved non-base fee, the Chapter 13 trustee will notify you of the amount of the increase.

In the court's discretion, your attorney in a Chapter 13 proceeding may request, in open court and without any other notice, non-base fees for the following services in amounts not exceeding those shown below:

(a)  Defense of the Chapter 13 trustee's motion to dismiss and/or modify                 $200

(b)  Motion to modify plan (including motion for moratorium, motion for hardship discharge, motion to approve insurance settlement, and other motions that require plan modification)                 $450

(c)  Substitution of collateral                 $450

(d)  Prosecution or defense of motion for relief from stay and/or co-debtor stay                 $450

(e)  Motion for authority to sell property                 $450

(f)  Motion to obtain credit                 $450

(g)  Permission from the Chapter 13 trustee to obtain credit                 $200

(h)  Motion to extend or impose the automatic stay                 $350

(i)  Preparation and filing of a conduit mortgage proof of claim (Official Bankruptcy Form B 410) with a copy of the recorded deed of trust (if no proof of claim has been filed by the creditor on/before the claims bar date)                 $350

(j)  Objection to the proof of claim of a Real Property Creditor                 $450

(k)  Mortgage modification pursuant to the Loan Modification Management (LMM) program                 up to $2000

(l)  Assisting you in applying for a mortgage modification and filing a motion to participate in a trial mortgage modification (non-LMM)                 $450

(m)  Filing a motion to approve a permanent mortgage modification (non-LMM)                 $450

(n)  Filing a motion to declare a mortgage current or paid in full                 $450

(These expenses may be increased by the court at a later date; if so, the increased fees will be charged.)

Without other notice, your attorney may also request [the actual expenses of notice to creditors] OR [up to $1.50 for each item noticed to creditors as expense for postage, copying, and envelopes] and reimbursement for filing fees charged by the court.

**ACKNOWLEDGEMENT**

I hereby certify that I have read this notice and that I have received a copy of this notice.

Dated: _____3/5/2026_____            _/s/ LaTasha Rawls _____
                                           Debtor's Signature


Dated: _____            _____
                                           Debtor's Signature


I hereby certify that I have reviewed this notice with the Debtor(s) and that the Debtor(s) have received a copy of this notice.


Dated: ____3/5/2026_____            /s/ BLWhite _____
                                           Attorney

# United States Bankruptcy Court
## Western District of North Carolina, Charlotte Division

**In re:**   LaTasha Mershele Rawls                                     **Case No.**

**Debtor**                                                                                    **(If known)**

### CERTIFICATION OF MAILING MATRIX CREDITOR LIST

I hereby certify that the attached Mailing Matrix Creditor List, which consists of    2    page(s), is true, correct and complete to the best of my knowledge.

Date:    3/5/2026                                              Signature:    /s/ LaTasha Rawls

                                                                                            Debtor

Date:                                                            Signature:

                                                                                            Joint Debtor, if any

(If joint case, both spouses must sign)

**Master Mailing Matrix**
LaTasha Mershele Rawls

Ms. LaTasha Mershele
Rawls
5045 Shadbush Rd.
Charlotte, NC 28215

Credit One
PO Box 98873
Las Vegas, NV 89193

Inventrust Property
Management, Inc.
Attn: Richard Springer
for
Rea Farms
3025 Highland Parkway,
Suite 350
Downers Grove, IL
60515

U.S. Attorney's Office
227 W. Trade St., Suite
1700
Charlotte, NC 28202

Duke Energy
526 South Church St.
Charlotte, NC 28202

Internal Revenue
Service
PO Box 7346
Philadelphia, PA 19101

ECommissions
PO Box 2209
Addison, TX 75001

Kirk Palmer & Thigpen,
P.A.
Mr. Henry Pharr
1300 Baxter Street,
Suite 300
Charlotte, NC 28204

NC Department of
Revenue
PO Box 1168
Raleigh, NC 27602

EXP Realty
10130 Perimeter Parkway
Charlotte, NC 28216

Klarna, Inc.
800 N. High St.,Ste.
300
Columbus, OH 43215

City-County Tax
Collector
PO Box 31637
Charlotte, NC 28231

Fingerhut
6250 Ridgewood Rd.
St. Cloud, MN 56303

Krug Investments, LLC
131 Providence Rd.,
Suite 105
Charlotte, NC 28207

Shelly Ann Beckles
2011 Maple View Lane
Indian Trail, NC 28079

Fortiva Retail Credit
PO Box 105555
Atlanta, GA 30348

Lake City Tractor
Supply, LLC
9825 Sandy Rock Place
5c
Charlotte, NC 28277

BMW Financial Service
1400 Cityview Dr.
Columbus, OH 43215

Indigo
PO Box 4499
Beaverton, OR 97076

Lendmark
2118 Usher St.
Covington, GA 30014

Loan Depot Mortgage
6561 Irvine Center Dr.
Irvine, CA  92618

Regional Finance
979 Batesville Rd.,
Ste. B
Greer, SC  29651

The Duggan Law Firm, PC
PO Box 481
Monroe, NC  28111

Mariner Finance
8110 Corporate Dr.
Nottingham, MD  21236

Sezzle Inc./Zip Co.
U.S.
700 Nicolet Mall, Suite
640
Minneapolis, MN  55402

Truliant
PO Box 26000
Winston-Salem, NC
27114

McCarthy Burgess &
Wolff
26000 Cannon Rd.
Cleveland, OH  44146

Small Business
Administration
Office of General
Counsel
409 3d St. SW
Washington, DC  20416

U.S. Department of
Education
121 S. 13th St.
Lincoln, NE  687508

Mercedes Financial
PO Box 961
Roanoke, TX  76262

Smart Biz/Bitty Advance
Kearns Brinen &
Monaghan
Attn:  Caroline Noel
301 N. Main Street,
Ste. 1200
Greenville, SC  29601

Vader Mountain Funding
Merchant Adv.
Recovery Solutions
Group LLC
1008 Mattlind Way
Milford, DE  19963

Merrick Bank
PO Box 9201
10705 S. Jordan
Gateway, Ste. 20
Old Bethpage, NY  11804

One Main Financial
9020 Albemarle Rd., Ste
I
Charlotte, NC  28227

Sunbit
PO Box 841238
Los Angeles, CA  90084

Payload
825 K Street, 2d Floor
Sacramento, CA  95814

Sunrise Credit Svs.
8 Corporate Center Dr.
Ste. 300
Melville, NY  11747

Rechat
1920 McKinney Ave.
Dallas, TX  75201

Trident Business
Process Outsourcing
14205 N. Mo Pac Expy,
Ste. 570
PMB 487379
Austin, TX  78728-6529