UNITED STATES BANKRUPTCY COURT
FOR THE
WESTERN DISTRICT OF NORTH CAROLINA

In re:

LATASHA MERSHELE RAWLS

                           )
                           )
                           )   EXHIBIT:  Business Entities
                           )
                           )

1.  The Body Bar  Dates Business existed:  2010

2.  Rawls and Associates:  Dates Business existed:  2019

3.  Tasha Rawls LLC:  Dates Business existed: 2022

4.  Rawls North Carolina LLC:  Dates Business existed: 2023

5.  Rawls Georgia LLC:  Dates Business existed: 2023

6.  Rawls South Carolina LLC:  Dates Business existed: 2023

7.  811 North Carolina LLC:  Dates Business existed: 2024

8.  Oh Skye, Inc:  Dates Business existed: 2019

9.  Rawls Florida LLC:  Dates Business existed:  2023

This the ___6___ day of March, 2026.

Latasha Mershele Rawls