UNITED STATES BANKRUPTCY COURT
FOR THE
WESTERN DISTRICT OF NORTH CAROLINA

In re:

)
)
LATASHA MERSHELE RAWLS          )   BUSINESS PROFIT AND LOSS ***
)
)

INCOME:                             $32,866.00

EXPENSES:

| | |
|---|---|
| Rent/Lease | $224.00 |
| Travel | $389.17 |
| Car & Truck | $2,644.50 |
| Supplies | $704.17 |
| Advertising | $483.33 |
| Contract Labor | $531.67 |
| Insurance | $116.67 |
| Professional Services | $238.33 |
| Repairs | $82.08 |
| Taxes & Licenses | $37.50 |
| Deductible Meals | $63.58 |
| Utilities | $400.00 |
| Losses of 811 | $21,862.17 |
| Total | $27,762.17 |

Net Income:                        $5,103.33

This the ___5___ day of March, 2026.

_____
Latasha Mershele Rawls

*** NOTE:  Petitioner started a Gym,
811 Fitness in 2024, and the businesses Rawls Georgia, South Carolina, Florida, and NC.  A business partner who agreed to contribute to the business quit the gym early on and Petitioner used income from remaining businesses to

fund 811 before quitting.  Little information available for income going forward until income stabilizes.  Profit/Loss calculated using 2025 figures from accountant. Petitioner requests current figures be used until end of 2026 when new figures can be used to calculate Profit/Loss going forward through Plan for purposes of Plan payment.